# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Kevin McHugh

                      Plaintiff,

v.                                        Case No.: 1:09–cv–05571
                                                 Honorable James F. Holderman

Charles Quinones, Jr., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 13, 2010:

      MINUTE entry before Honorable James F. Holderman: Pursuant to Stipulation to dismiss (52) and agreement of the parties, this action is dismissed with prejudice, all matters in controversy between the parties having been settled. All previously scheduled dates are vacated. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.